# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER FRANCO,<br><br>　　　　Defendant. | Case No. 2:09-CR-00508-KJD-LRL<br><br>**ORDER** |

　　　　Presently before the Court is Defendant's Motion for Pretrial Determination of Defense Issue (#23). Plaintiff filed a response in opposition (#24).

　　　　Defendant seeks a determination that robbery in violation of 18 U.S.C. §1951 is a specific intent crime. Having read and considered Defendant's motion and Plaintiff's opposition, the Court denies the motion. Though the Ninth Circuit has not directly addressed this issue, the Court finds no reason to depart from the reasoning of the Eleventh Circuit Court of Appeals which specifically rejected an attempt to impose a specific intent requirement for a Hobbs Act robbery. See United States v. Thomas, 8 F.3d 1552, 1563 (11th Cir. 1993).

　　　　Furthermore, 18 U.S.C. § 924 (c)(1)(A)(i) has no *mens rea* requirement. See Smith v. United States, 508 U.S. 223 (1993)(phrase "in relation to" found in § 924 (c)(1)(A) does not embody a *mens rea* requirement); Dean v. United States, 129 S.Ct. 1849 (2009)(clause (ii)'s *mens rea* requirement is

drawn from a different section of the statute, § 924 (c)(4); and clause (iii) contains no *mens rea* requirement); United States v. Gonzalez, 520 U.S. 1, 5 (1997); see also, Russello v. United States, 464 U.S. 16, 23 (1983)("Where Congress includes particular language in one section of a statute but omits it in another of the same Act, it is generally presumed that Congress acts intentionally and purposely in the disparate inclusion or exclusion").  The Court recognizes that 18 U.S.C. § 924 (c)(1)(A)(ii) is a sentencing factor to be found after a violation of the statute itself has been found, and that the voluntary intoxication defense would be appropriately considered at that point.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Pretrial Determination of Defense Issue (#23) is **DENIED**.

DATED this 13th day of September 2010.

_____
Kent J. Dawson
United States District Judge