

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO JAVIER FRANCO, )<br>)<br>Defendant. ) | 2:09-CR-508-KJD (LRL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 14, 2010, defendant FRANCISCO JAVIER FRANCO pled guilty to a Three-Count Criminal Indictment charging him in Count One with Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951; in Count Two with Brandishing a Firearm During a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A); and in Count Three with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant FRANCISCO JAVIER FRANCO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a Smith and Wesson Model, .357 revolver, serial number AUN6660; and

    (b)    any and all ammunition.

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   FRANCISCO JAVIER FRANCO in the aforementioned property is forfeited and is vested in the
7   United States of America and shall be safely held by the United States of America until further order
8   of the Court.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13   the name and contact information for the government attorney to be served with the petition, pursuant
14   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19   following address at the time of filing:

20   MICHAEL A. HUMPHREYS
     Assistant United States Attorney
21   DANIEL D. HOLLINGSWORTH
     Assistant United States Attorney
22   Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
23   Las Vegas, Nevada 89101.

24   . . .

25   . . .

26   . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE