**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO JAVIER FRANCO, ) <br> ) <br> Defendant. ) | 2:09-CR-508-KJD (LRL) |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 14, 2010, defendant FRANCISCO JAVIER FRANCO pled guilty to Count Two of a Three-Count Criminal Indictment charging him with Brandishing a Firearm During a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

This Court finds defendant FRANCISCO JAVIER FRANCO agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant FRANCISCO JAVIER FRANCO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

   (a)   Smith and Wesson Model, .357 revolver, serial number AUN6660; and

   (b)   any and all ammunition.

1   This Court finds the United States of America is now entitled to, and should, reduce the
2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6   FRANCISCO JAVIER FRANCO in the aforementioned property is forfeited and is vested in the
7   United States of America and shall be safely held by the United States of America until further order
8   of the Court.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13  the name and contact information for the government attorney to be served with the petition, pursuant
14  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19  following address at the time of filing:

20      MICHAEL A. HUMPHREYS
        Assistant United States Attorney
21      DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
22      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
23      Las Vegas, Nevada 89101.

24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __20__ day of __September__, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Amended Preliminary Order of Forfeiture on September 15, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG

          /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal